RAISA R. MAYES, on Behalf of Herself and All Other Distributees of LINCOLN L. RHODY, Deceased, Appellant, v. KATHLEEN F. RHODY, Respondent.

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.